STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Ed W. Bankston
Attorney at Law
P. O. Box 53485
Lafayette LA 70505

REHEARING ACTION: March 3, 2010

Docket Number: 09   00822-CM consolidated with 1,509-CA

RICHARD C. BENTLEY
VERSUS
BOBBY FANGUY

Motion from St. Martin Parish Case No. 69461

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Jimmie C. Peters
Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Richard C. Bentley** has this day been

DENIED.

cc: Shawn A. Carter, Counsel for the Appellee
    Ryan M. Goudelocke, Counsel for the Appellee
    Stephen Gary McGoffin, Counsel for the Appellee